IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80257 WHA

IN THE MATTER OF

In the Matter of Ronald Veridiano Uy - #177157

**ORDER OF SUSPENSION**

    Because Ronald Veridiano Uy has failed to respond to the order to show cause, Mr. Uy's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE